**CHECK: 15551**
Date: Feb 19, 2013
Amount: $625.00



ACCOUNT NUMBER 4976030402
ACCOUNT NAME Print It Here Inc.
15551
DATE 2/15/13
1-148/210 370

PAY TO THE ORDER OF Shari Levine          $ 625.00
Six hundred + twenty-five dollars 00/100 DOLLARS

citibank
CITIBANK, N.A. BR #373
651 NEWBRIDGE ROAD
EAST MEADOW, NY 11554

Susan J Fotcher

⑈15551⑈ ⑆021001486⑆

JPMorganChaseBank 0215 08 003648 03 19 10030293

Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

Print   Close

**CHECK: 1011**
**Date:** Mar 04, 2013
**Amount:** $625.00



Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

Print    Close

**CHECK: 1016**
**Date:** Mar 04, 2013
**Amount:** $625.00

---

Print It Here Inc.
94 GARDINERS AVENUE
SUITE 246
LEVITTOWN, NY 11756

1-8-210

1016

DATE 3/1/13

PAY TO THE ORDER OF Shay Levine      $ 625.00

Six hundred + twenty five dollars      DOLLARS

citibank
CITIBANK, N.A. BR #370
951 NEWBRIDGE ROAD
EAST MEADOW, NY 11554

Susan J Fletcher

MEMO _____

⑈021000089⑈ 497603040 2⑊ 1016

---

JPMorgan Chase Bank

Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

**CHECK: 1313**
**Date:** Mar 20, 2013
**Amount:** $625.00



Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

Print    Close

**CHECK: 1315**
**Date:** Mar 19, 2013
**Amount:** $625.00





Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

Print    Close

**CHECK: 1326**
**Date:** Mar 22, 2013
**Amount:** $625.00

PRINT IT HERE INC.
94 GARDINERS AVE, SUITE 246
LEVITTOWN, NY 11756

1-8-210    1326

DATE 3/22/13

PAY TO THE ORDER OF Shari Levine    $ 625.00

Six hundred twenty-five dollars    DOLLARS

citibank
CITIBANK, N.A. BR #370
621 NEWBRIDGE ROAD
EAST MEADOW, NY 11554

⑆021000089⑆ 497603040 2⑈ 1326

Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

Print    Close

**CHECK: 1330**
**Date:** Apr 01, 2013
**Amount:** $625.00

PRINT IT HERE INC.
94 GARDINERS AVE, SUITE 246
LEVITTOWN, NY 11756

1-8-210    1330

DATE 3/29/13

PAY TO THE ORDER OF Shari Levine    $ 625.00

Six hundred twenty-five dollars 00/100 DOLLARS

citibank
CITIBANK, N A BR #370
651 NEWBRIDGE ROAD
EAST MEADOW, NY 11554

Susan J Litder

MEMO

⑈021000089⑈  4976030402⑈  1330

Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.